IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY A. JOHNSON,

    Petitioner,                  No. 2:12-cv-0120 KJN P

    vs.

L. S. McEWEN,

    Respondent.              ORDER

_____/

        Examination of this action and the court's records reveals that the petitioner has previously filed a petition for relief in the same matter.[1] (No. CIV S-11-0700 FCD CKD P) Pursuant to Local Rule 190(d), the above-captioned action will be reassigned to the Magistrate Judge who considered the prior petition.

        The parties should be aware that reassigning this action under Local Rule 190(d) merely has the result that the action is assigned to the Magistrate Judge who considered the prior petition; no consolidation of the actions is effected.

////

////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

Accordingly, IT IS HEREBY ORDERED that:

1. This action is reassigned to Magistrate Judge Carolyn K. Delaney for all further proceedings; henceforth, the caption on documents filed in this action shall be shown as No. CIV S-12-0120 CKD; and

2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: January 26, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

john0120.190