UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY A. JOHNSON, | No. 2:12-cv-0120 TLN CKD P |
| Petitioner, | |
| v. | ORDER |
| L.S. McEWEN, | |
| Respondents. | |

Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In this case, judgment has been entered and petitioner has filed a notice of appeal. The interests of justice would not be served by the appointment of counsel at the present time. Accordingly, IT IS HEREBY ORDERED that petitioner's June 3, 2012 motion to appoint counsel (ECF No. 30) is denied without prejudice to renewal in the Ninth Circuit Court of Appeals.

Dated: June 5, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
john.0120.110

1